# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Brotherhood of Locomotive Engineers and Trainmen,

Plaintiff(s),

v.

Wisconsin Central Ltd.,

Defendant(s).

Case No. 22 C 2435
Judge Edmond E. Chang

## JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

☐ in favor of plaintiff(s)
and against defendant(s)
in the amount of $           ,

which ☐ includes        pre–judgment interest.
☐ does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

☐ in favor of defendant(s)
and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

☒ other: Judgment is entered in favor of Defendant Wisconsin Central Ltd. and against Plaintiff Brotherhood of Locomotive Engineers and Trainmen. The award is vacated and the dispute is remanded to the Public Law Board for further proceedings.

This action was *(check one)*:

☐ tried by a jury with Judge       presiding, and the jury has rendered a verdict.
☐ tried by Judge      without a jury and the above decision was reached.
☒ decided by Judge Edmond E. Chang on a motion for summary judgment.

Date: 3/29/2024

Thomas G. Bruton, Clerk of Court

/s/ Michael Wing, Deputy Clerk